<u>**UNITED STATED DISTRICT COURT**</u>
<u>**DISTRICT OF NEW JERSEY**</u>
<u>**MINUTES OF PROCEEDINGS**</u>

<u>**OFFICE:**</u>  **NEWARK**                                                  <u>**DATE**</u>: 3/4/2026
<u>**JUDGE:**</u>  MICHAEL FARBIARZ
<u>**COURT REPORTER:**</u>  Lisa A. Larsen

<u>**TITLE OF CASE:**</u>                                          <u>**DOCKET#**</u> 23-743

UNITED STATES OF AMERICA

                    vs.
Mitchell E. Green

**APPEARANCES:**

Jennifer Kozar, AUSA
Stephen McCarthy, Esq. for Defendant
Kimberly Marin, Probation Officer
Defendant present

**Nature of Proceedings**: STATUS CONFERENCE held on the record

Sentencing hearing commenced and adjourned to a later date.
The Government shall file a letter by April 4.
The sentencing hearing will be rescheduled once the court has reviewed the submission.

**Time Commenced: 10:00**
**Time Adjourned: 11:30**
**Total Time: 1:30**

                                    RoseMarie Olivieri
                                    SENIOR COURTROOM DEPUTY